THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF WALTON, DELAWARE COUNTY, N. Y., and Twenty-six Residents and Taxpayers of Said Village, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE SECOND DISTRICT, and WALTON PEOPLE'S TELEPHONE COMPANY, INC.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAVILION NATURAL GAS COMPANY v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE SECOND DISTRICT. THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRI-COUNTY NATURAL GAS COMPANY v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE SECOND DISTRICT.— Motion granted unless the relators print and serve papers within thirty days, in which case motion is denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED NATURAL GAS COMPANY v. WILLIAM SOHMER, as Comptroller of the State of New York.— Determination confirmed, with fifty dollars costs and disbursements. All concurred, except Woodward and H. T. Kellogg, JJ., dissenting.

RIBSTEIN-HOLTER COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion denied.

FRED J. SARONEY, Respondent, v. THE STATE OF NEW YORK, Appellant. — Motion denied.

WILLIAM TRAINOR, Respondent, v. NITRO POWDER COMPANY, Appellant. — Motion denied.

FRED D. WARD, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion denied.